■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BEAM, Appellant.—Judgment unanimously modified as a matter of discretion in the interest of justice and as modified affirmed, in accordance with the following memorandum: When defendant entered his plea of guilty, the court incorrectly advised him that it was empowered to impose a maximum sentence of 4½ to 15 years. At the time of sentencing, the court imposed a term of 5 years to 15 years. Since defendant was led to believe that the maximum-minimum sentence which could be imposed was 4½ years, we, in the interest of justice, reduce defendant's sentence to an indeterminate term of 4½ to 13½ years. (Appeal from judgment of Supreme Court, Monroe County, Contiguglia, J.—burglary, second degree.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIUS VERCRUYSSE, Appellant.—Judgment unanimously affirmed. Memorandum: Since defendant failed to except to the court's charge as given, his claims that the court failed to marshal the evidence adequately and that it improperly instructed the jury were not preserved for our review as a matter of law (CPL 470.05 [2]), and we decline to exercise our discretion to reverse the conviction in "the interest of justice" (CPL 470.15 [3] [c]; *see, People v Peoples,* 117 AD2d 977, 978).

Contrary to defendant's claim, the owner of the stolen vehicle and the assistant chief of the police department both testified that the identification number of the vehicle being driven by defendant when he was apprehended matched the identification number of the stolen vehicle. The evidence, albeit circumstantial, was sufficient to prove facts which, viewed as a whole, exclude to a moral certainty every conclusion other than guilt *(People v Kennedy,* 47 NY2d 196, 202).

We have considered defendant's remaining contention and find that it lacks merit. (Appeal from judgment of Orleans County Court, Miles, J.—burglary, third degree, and grand larceny, second degree.) Present—Dillon, P. J., Callahan, Green, Balio and Davis, JJ.